

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00189-CR

RUBEN TOTTEN, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 228th District Court of Harris County.   (Tr. Ct. No. 1365961).

This case is an appeal from the final judgment signed by the trial court on February 25, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.   Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Chief Justice Radack.